UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

RONALD K. JOHNSON,

          Plaintiff,

    v.

RONALD VAN BOENING, *et al*,

          Defendants.

Case No.  C07-5426RBL-KLS

MINUTE ORDER

The court hereby directs the Clerk to enter the following Minute Order:

On August 14, 2007, plaintiff filed a civil rights complaint and an application to proceed *in forma pauperis*. (Dkt. #1). On August 20, 2007, the Clerk sent plaintiff a letter informing him that his application was deficient and that he had submitted an insufficient number of service forms and copies of his complaint for service. (Dkt. #2). On August 24, 2007, the postal service returned plaintiff's copy of that letter, which was sent to his last known address. Apparently, plaintiff is no longer at that address, but he has not informed the Court of his change of address.

Local Rule CR 10(f) requires parties to notify the Court within ten days of a change of address. Local Rule CR 41 states: "A party proceeding pro se shall keep the court and opposing parties advised as to his current address. If mail directed to a pro se plaintiff by the clerk is returned by the post office, and if such plaintiff fails to notify the court and opposing parties within sixty days thereafter of his current address, the court may dismiss the action without prejudice for failure to prosecute."

Accordingly, the Clerk shall place a deadline of October 23, 2007, on the Court's calendar to check the record for a change of address filed by plaintiff.

DATED this 29th day of August, 2007.

*Karen L. Strombom*
Karen L. Strombom
United States Magistrate Judge

MINUTE ORDER
Page - 1