UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

RONALD K. JOHNSON,

                Plaintiff,

      v.

RONALD VAN BOENING, *et al*,

                Defendants.

Case No.  C07-5246RBL-KLS

ORDER TO SHOW CAUSE

      This case has been referred to United States Magistrate Judge Karen L. Strombom pursuant to 28 U.S.C. § 636(b)(1) and Local MJR 3 and 4.  This matter comes before the Court on plaintiff's filing of an application to proceed *in forma pauperis* and a civil rights complaint under 42 U.S.C. § 1983.  To file a complaint and initiate legal proceedings plaintiff must pay a filing fee of $350.00 or file a proper application to proceed *in forma pauperis*.

      On August 14, 2007, the Clerk received plaintiff's complaint and application to proceed *in forma pauperis*. (Dkt. #1).  On August 20, 2007, the Clerk sent plaintiff a letter informing him his application was deficient in that he had failed to provide: (1) a copy of his prison trust account statement showing transactions for the past six months, and (2) an updated copy of the required acknowledgment and authorization form referencing the $350.00 filing fee. (Dkt. #2).  On September 10, 2007, plaintiff

ORDER
Page - 1

1  submitted a copy of his prison trust account statement. (Dkt. #7).  To date, however, plaintiff still has not

2  provided an updated copy of the acknowledgment and authorization form.

3       Accordingly, the Court orders the following:

4  (1)    Plaintiff shall seek to cure the above deficiency by filing **no later than December 1, 2007**,

5          a copy of the updated acknowledgment and authorization form discussed above.

6          **Failure to cure this deficiency by the above date shall be deemed a failure to properly**

7          **prosecute this matter and the Court will recommend dismissal of this matter.**

8  (2)    The Clerk is directed to send a copy of this Order to plaintiff, along with the appropriate

9          acknowledgment and authorization form.

10 DATED this 1st day of November, 2007.

                                               Karen L. Strombom
                                               United States Magistrate Judge