UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

RONALD K. JOHNSON,

          Plaintiff,

   v.

RONALD VAN BOENING, *et al*,

          Defendants.

Case No.  C07-5426RBL-KLS

ORDER DENYING SERVICE OF COMPLAINT BY UNITED STATES MARSHALS

    This matter comes before the court on plaintiff's filing of a civil rights complaint pursuant to 42 U.S.C. § 1983. (Dkt. #1-2).  Plaintiff has been granted *in forma pauperis* status in this case in an order dated the same date herewith.  Because plaintiff has not provided the Court with any forms for service or copies of the complaint for service, however, the Court will not order service of the complaint at this time.

    The Clerk is directed to send **nine (9)** service forms to plaintiff for him to fill out and return to the Court so that the Court can attempt service by mail on each named defendant.  Plaintiff also must provide **nine (9)** copies of the complaint for the same purpose.  Both the forms and the copies of the complaint must be returned on or before **January 6, 2008**, or the Court will recommend dismissal for failure to prosecute.

ORDER
Page - 1

1  The Clerk is directed to send a copy of this Order to plaintiff.

2  DATED this 7th day of December, 2007.

3
4
5
6

*Karen L. Strombom*
Karen L. Strombom
United States Magistrate Judge

7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

ORDER
Page - 2