UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

RONALD K. JOHNSON,

               Plaintiff,

     v.

RONALD VAN BOENING, *et al*,

               Defendants.

Case No. C07-5426RBL-KLS

ORDER GRANTING PLAINTIFF'S MOTION FOR ENLARGEMENT OF TIME

    This matter comes before the Court on plaintiff's filing of a motion for enlargement of time to respond to the Court's order regarding service of the complaint. (Dkt. #13). After reviewing plaintiff's motion and the remainder of the record, the Court hereby finds and orders as follows:

    On December 7, 2007, the Court issued an order directing plaintiff to return nine (9) completed forms for service of his complaint the Clerk had sent him, so that the Court could attempt service by mail on each named defendant. (Dkt. #12). The Court further ordered plaintiff to provide nine (9) copies of the complaint for the same purpose. Both the forms and the copies were due on or before January 6, 2008, or the Court would recommend dismissal for failure to prosecute.

ORDER
Page - 1

1 On January 22, 2003, plaintiff filed his motion, in which he requested an extension until February 6, 2008, in which to respond to the Court's order. The basis for plaintiff's motion is that while he has a mailing address at this time, he is not able to obtain his mail at that address at will, which gave rise to his delayed response to the Court's order.

Although it is not clear how often plaintiff is able to access his mail, the Court shall grant his request at this time. Given that February 6, 2008, already has passed, plaintiff shall have until **no later than March 10, 2008**, in which to respond to the Court's order regarding service. Failure to respond as directing therein by that date, however, will result in a recommendation of dismissal of this matter without prejudice.

The Clerk is directed to send a copy of this Order to plaintiff.

DATED this 11th day of February, 2008.

Karen L. Strombom
United States Magistrate Judge