UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

RONALD K. JOHNSON,

    Plaintiff,

v.

RONALD VAN BOENING, *et al*,

    Defendants.

Case No. C07-5426RBL-KLS

ORDER DISMISSING COMPLAINT

The Court, having reviewed the complaint, the Report and Recommendation of Judge Karen L. Strombom, United States Magistrate Judge, and the remaining record, does hereby find and Order:

(1) the Court adopts the Report and Recommendation;

(2) plaintiff's complaint is DISMISSED with prejudice;

(3) The Clerk is directed to terminate this action pursuant to **28 U.S.C. § 1915(e)** and to count this as a dismissal under **28 U.S.C. § 1915(g)**; and

(4) the Clerk is directed to send copies of this Order to plaintiff, to counsel for defendants and to Magistrate Judge Karen L. Strombom.

DATED this 17th day of November, 2008.

/s/ Ronald B. Leighton
RONALD B. LEIGHTON
UNITED STATES DISTRICT JUDGE

ORDER
Page - 1