# United States District Court

WESTERN DISTRICT OF WASHINGTON

RONALD K. JOHNSON

        v.

RONALD VAN BOENING, et al.,

JUDGMENT IN A CIVIL CASE

CASE NUMBER: C07-5426RBL/KLS

\_\_\_   **Jury Verdict**. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

XX   **Decision by Court**. This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

  IT IS ORDERED AND ADJUDGED

The Court adopts the Report and Recommendation;

Plaintiff's complaint is DISMISSED with prejudice; and

The Clerk is directed terminate this action pursuant to **28 U.S.C. § 1915(e)** and to count this as a dismissal under **28 U.S.C. § 1915(g)**.


|  November 19, 2008  | BRUCE RIFKIN |
|---|---|
| Date | Clerk |
| | *s/CM Gonzalez* |
| | Deputy Clerk |